UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0972-MHP |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| FRANK J. LAEREMAN, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated by the parties at the December 14, 2009 Status Conference, the Court finds that the ends of justice served by continuing the trial setting outweigh the best interest of the public and the defendant in a speedy trial because additional time is required to allow defendant Frank Laereman and his counsel, Geoffrey Hansen, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from December 14, 2009 to January 25, 2010 shall be excluded pursuant to 18, U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this continuance to allow for adequate preparation outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 12/16/2009

MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel