UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0972-MHP |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] |
| | ) | ORDER EXCLUDING TIME |
| FRANK J. LAEREMAN, | ) | UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) | |

## ORDER

For the reasons stated by the parties at the January 25, 2009 status conference, the Court finds that the ends of justice served by continuing the trial setting outweigh the best interest of the public and the defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow defendant Frank Laereman and his counsel, Geoffrey Hansen, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from January 25, 2009 to February 22, 2010 shall be excluded pursuant to 18 U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate

///

///

///

1  preparation outweigh the best interest of the public and the defendant in a speedy trial.

3     **ORDERED** this  26th   day of January, 2010 at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

[proposed] Order Excluding Time Under The
Speedy Trial Act (NO. 09-00972-MHP                2