UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK J. LAEREMAN,<br><br>    Defendant. | No. CR 09-0972-MHP<br><br>[Proposed]<br>ORDER EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT |

## ORDER

For the reasons stated by the parties at the February 22, 2010 status conference, the Court finds that the ends of justice served by continuing the trial setting outweigh the best interest of the public and the defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow defendant Frank Laereman and his counsel, Geoffrey Hansen, adequate time to review the government's discovery; to prepare this matter for trial; and to prepare witnesses for trial.

IT IS ORDERED that the period of delay from February 22, 2010 through March 8, 2010 shall be excluded pursuant to 18 U.S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this continuance allowing for continuity of counsel and for adequate

//

1. preparation outweigh the best interest of the public and defendant in a speedy trial.
2. ORDERED this  3rd  day of March, 2010 at San Francisco, California



_____
MARILYN H. PATEL
United S...

IT IS SO ORDERED

Judge Marilyn H. Patel

[Proposed] Order Excluding Time
Under the Speedy Trial Act
(No. CR 09-0972 MHP)

2