1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY HANSEN
   Chef Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant LAEREMAN
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-09-0972 MHP
                                       )
12                   Plaintiff,        )
                                       )    **STIPULATION AND** [PROPOSED]
13  vs.                                )    **ORDER TO CONTINUE SENTENCING**
                                       )    **DATE**
14  FRANK LAEREMAN,                    )
                                       )    Date:   June 23, 2010
15                   Defendant.        )    Time:   9:00 a.m.
                                       )    Court:  The Honorable Marilyn Hall Patel
16  _____)

17

18        Undersigned counsel stipulate as follows:

19        1.      Sentencing in this matter is currently set for June 23, 2010, at 9:00 a.m.;

20        2.      Defense counsel needs more time to in order to set up a psychological evaluation

21                of Mr. Laereman.

22        3.      Counsel for the government, Tom Moore has been contacted by defense counsel

23                and has no objection to a continuance of the sentencing date.

24        4.      The United States probation officer, Charlie Mabie has been contacted by defense

25                counsel and has no objection to a continuance of the sentencing date.

26        5.      Counsel for Mr. Laereman and the government thus hereby stipulate and

*Laereman,* CR 09-972 MHP
STIP. TO CONTINUE SENTENCING DATE            1

1  respectfully request the Court to grant a continuance of the sentencing in the

2  aforementioned matter to July 26, 2010 at 9:00 a.m.;

3

4  **IT IS SO STIPULATED**

5  Dated: June  07, 2010                     _____/s/_____

6  GEOFFREY HANSEN
   Chef Assistant Federal Public Defender

7

8  Dated: June  07, 2010                     _____/s/_____

9  TOM MOORE
   Assistant United States Attorney

10  **[PROPOSED] ORDER**

11

12

13  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

14  aforementioned matter set for June 23, 2010, is vacated.  The sentence date shall be continued to

    July 26, 2010 at 9:00 a.m.

15  **IT IS SO ORDERED**

16

17  Dated:__6/18/2010_____              _____

18  THE HO                    LL PATEL
    UNITED                    E

19

20

21

22

23

24

25

26

_Laereman,_ CR 09-972 MHP
STIP. TO CONTINUE SENTENCING DATE                2