BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Laereman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0972 MHP |
| Plaintiff, | ) ) ) | **STIPULATION & [PROPOSED] ORDER CONTINUING SENTENCING** |
| vs. | ) ) ) | **Current Hearing Date: July 26, 2010**<br>Time:      10:00 a.m.<br>Judge:     Hon. Marilyn Hall Patel |
| FRANK LAEREMAN, | ) ) | **Proposed Hearing Date: August 23, 2010** |
| Defendant. | ) ) ) | Time:      9:00 a.m.<br>Judge:     Hon. Marilyn Hall Patel |

The above-captioned case is currently on calendar at 10:00 a.m. on July 26, 2010, for sentencing. Lead counsel for Mr. Laereman, Geoffrey Hansen, had a family emergency out-of-state and is unavailable until next week. Because he has not been in the office, Mr. Hansen was not able to schedule a meeting between Mr. Laereman and a psychologist. United States Probation Officer Charlie Mabie is waiting for the report of the psychologist to complete his final pre-sentence report. Accordingly, counsel for Mr. Laereman respectfully requests that the Court vacate the July 26th hearing and add the matter to the Court's calendar on August 23, 2010, at 9:00 a.m.

//

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, 09-0972 MHP                    1

1   Undersigned defense counsel has confirmation from AUSA Tom Moore of his
2   availability for the proposed date, and also confirmed with Your Honor's Courtroom Deputy that
3   the Court is available on the proposed hearing date and time.  Accordingly, the parties jointly
4   request that the Court vacate the July 26, 2010, hearing date and re-set the matter for August 23,
5   2010, at 9:00 a.m.

7   IT IS SO STIPULATED.

9    July 15 , 2010                              /s/
  DATED                                  TOM MOORE
10                                              Assistant United States Attorney

12   July 15, 2010                              /s/
  DATED                                  LOREN STEWART for GEOFFREY HANSEN
                                            Attorneys for Frank Laereman

14  **[PROPOSED] ORDER**

15   For good cause shown, the status conference now scheduled for Monday, July 26, 2010 is
16  vacated.  The matter shall be added to the Court's calendar on Monday, August 23, 2010 at
17  9:00 a.m.

19  IT IS SO ORDERED.

22   7/22/2010
  DATED

IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Judge

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, 09-0972 MHP            2