1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant Laereman
6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-09-0972 MHP
                                      )
12 |         Plaintiff,                )   STIPULATION & [PROPOSED] ORDER
                                      )   CONTINUING SENTENCING
13 |                                   )
   | vs.                               )   Current Hearing Date: July 26, 2010
14 |                                   )   Time:       10:00 a.m.
                                      )   Judge:      Hon. Marilyn Hall Patel
15 | FRANK LAEREMAN,                  )
                                      )   Proposed Hearing Date: August 23, 2010
16 |         Defendant.                )   Time:       9:00 a.m.
                                      )   Judge:      Hon. Marilyn Hall Patel
17 |_____   )

18         The above-captioned case is currently on calendar at 10:00 a.m. on July 26, 2010, for

19 sentencing. Lead counsel for Mr. Laereman, Geoffrey Hansen, had a family emergency out-of-

20 state and is unavailable until next week. Because he has not been in the office, Mr. Hansen was

21 not able to schedule a meeting between Mr. Laereman and a psychologist. United States

22 Probation Officer Charlie Mabie is waiting for the report of the psychologist to complete his final

23 pre-sentence report. Accordingly, counsel for Mr. Laereman respectfully requests that the Court

24 vacate the July 26th hearing and add the matter to the Court's calendar on August 23, 2010, at

25 9:00 a.m.

26 //

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, 09-0972 MHP                      1

1    Undersigned defense counsel has confirmation from AUSA Tom Moore of his
2    availability for the proposed date, and also confirmed with Your Honor's Courtroom Deputy that
3    the Court is available on the proposed hearing date and time. Accordingly, the parties jointly
4    request that the Court vacate the July 26, 2010, hearing date and re-set the matter for August ~~23~~ 30,
5    2010, at 9:00 a.m.

7    IT IS SO STIPULATED.

9     July 15 , 2010              /s/
      DATED                       TOM MOORE
10                                Assistant United States Attorney

12     July 15, 2010              /s/
      DATED                       LOREN STEWART for GEOFFREY HANSEN
                                  Attorneys for Frank Laereman

14                          **[~~PROPOSED~~] ORDER**

15    For good cause shown, the status conference now scheduled for Monday, July 26, 2010 is
16    vacated. The matter shall be added to the Court's calendar on Monday, August 23, 2010 at
17    9:00 a.m.

19    IT IS SO ORDERED.

22     7/22/2010
      DATED

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING, 09-0972 MHP              2