MELINDA HAAG (CSBN. 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
 10th floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       v.                           )<br>                                    )<br> FRANK LAEREMAN,                     )<br>                                    )<br>            Defendant.              )<br> _____) | No. C-09-0972-MHP<br><br><br>STIPULATION TO CONTINUE<br>SENTENCING AND<br>[proposed] ORDER THEREON |

For the reason that counsel for the United States will be unavailable the remainder of the week and was just served with the Presentence Investigative Report and for that reason will be r unable to timely file a Sentencing Memorandum for the August 30, 2010 sentencing, the United States of America and the defendant Frank Laereman, through their counsel, stipulate and agree that the sentencing set for August 30, 2010, be continued to September 27, 2010.

MELINDA HAAG
United States Attorney

    /s/                                    /s/
GEOFFREY HANSEN                        THOMAS MOORE
Attorney for Frank Laereman            Assistant United States Attorney
                                       Attorneys for the United States

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/23/2010

IT IS SO ORDERED
Judge Marilyn H. Patel